# In Re Trust Estate of Harris

[141 A2d 660]

March Term, 1958.

Opinion Filed May 6, 1958.

*Arthur L. Graves* and *Yandell, Smith & Page* for the appellants.

*Kyle T. Brown, Richardson & Caldbeck* and *Witters, Longmoore & Akley* for the appellees.

**Shangraw, J.** This is a separate appeal from the declaratory judgment order made by the Probate Court, District of Caledonia, In re:  Trust Estate of Luther B. Harris, Roy N. Howard, trustee, decided at the present term of this court, and involves the same questions.  The decision in the other case is conclusive here.  For the reasons specified in our opinion in that case the entry order is:

*Judgment order affirmed.  To be certified to the probate court.*